# LAW OFFICES OF JILL R. SHELL0W

**Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com**
**All correspondence to:  80 Broad Street, Suite 1900, New York, NY 10004**

## MEMORANDUM ENDORSED

**July 21, 2020**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 7/22/20 |

**BYECFONLY**

The Honorable Gregory H. Woods
United States District Judge
Southern District  of New  York
500 Pearl Street
New York, New York 10007

RE:   ***United States v. Fausto Corn.iel-Lopez,*** 14-cr-562 (GHW)

Dear Judge Woods:

The CJA Clerk's Office has advised me that CJA appointed counsel working on compassionate release motions are required to be reappointed by the Court in order to be compensated for this new litigation. Accordingly, I respectfully request that Your Honor re-appoint me as CJA counsel for Fausto Corniel-Lopez, *nuncpro tune* to June 18, 2020, in connection with Mr. Corniel's request for compassionate release based on the COVID-19 pandemic.

Thank you for your consideration.

Respectfully submitted,

JQ?--

Jill R. Shellow
*Attornryfor Fausto Corniel-Lopez*

cc:      Fausto Corniel-Lopez (by legal mail)

Application granted.  Counsel is appointed *nunc pro tunc* to June 18, 2020 for the limited purpose described in this letter.
SO ORDERED
July 22, 2020

GREGORY H. WOODS
United States District Judge

Connecticut Office: 2537 Post Road, Southport, CT 06890 / Tel: 203.258.1463 / Admitted: NY, CT, DC